**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-1865**

---

ANH D. NGUYEN,

                Plaintiff - Appellant,

     v.

PATRICK R. DONAHOE, General Postmaster, United States Postal
Service,

                Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:13-cv-01386-JCC-TCB)

---

Submitted:  January 22, 2015      Decided:  January 26, 2015

---

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anh D. Nguyen, Appellant Pro Se.  Benjamin Todd Hickman, OFFICE
OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anh D. Nguyen appeals the district court's order denying relief on his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Nguyen v. Donahoe</u>, No. 1:13-cv-01386-JCC-TCB (E.D. Va., June 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>